# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed on 10/7/2013 in civil action

*3:13-cv-4043*

*Mark Williams and Carol Williams v. Johnson & Johnson Services, Inc., Johnson & Johnson, Inc., and DePuy Orthopaedics, Inc.,*

1) Indicated that this case is related to the following case(s):

**MDL No.: 3:11-md-02244- Judge Ed Kinkeade**

*IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*

Dated: October 7, 2013         By:   /s/ Michael S. Kruse

**ONDER, SHELTON, O'LEARY & PETERSON, LLC**
Michael S. Kruse
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
kruse@onderlaw.com

*Attorney for Plaintiffs*